UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JEAN BATRONIE and**
**ARLEEN BATRONIE,**

    Plaintiffs,

v.                                           Case No. 8:05-cv-93-T-30TGW

**SPEAK UP TAMPA BAY PUBLIC ACCESS**
**TELEVISION, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendants Speak Up Tampa Bay Public Access Television, Inc., the City of Tampa, and the Board of County Commissioners, Hillsborough County's (hereinafter collectively "Defendants") Motion to Dismiss or, in the alternative, for Summary Judgment as to the Second Amended Complaint, Motion for Award of Costs, including Attorneys' Fees and Memorandum of Law in Support Thereof (Dkt. 38).[1] In reviewing Plaintiffs' Second Amended Complaint, Plaintiffs have failed to correct the pleading deficiencies addressed in this Court's July 18, 2005 order (Dkt. 34).

    It is therefore ORDERED AND ADJUDGED that:

    1.    Defendants' Motion to Dismiss (Dkt. 38) is **GRANTED**;

---

[1] While Defendants' Motion incorporates a Motion to Dismiss, Motion for Summary Judgment and Motion for Award of Costs, including Attorneys' Fees all in one pleading, this Order only addresses Defendants' Motion to Dismiss.

2.      Plaintiffs' Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE.** Plaintiffs are granted leave to file a Third Amended Complaint **WITHIN TWENTY (20) DAYS** of this Order, failing which this case will be dismissed without notice to the parties.

**DONE** and **ORDERED** in Tampa, Florida on October 27, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-93 - Grant Motion to Dismiss.frm