# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JEAN BATRONIE, et al.,**

    Plaintiffs,

v.                                    Case No.  8:05-cv-93-T-30TGW

**SPEAK UP TAMPA BAY PUBLIC ACCESS TELEVISION, INC., et al.,**

    Defendants.
_____/

## **ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sua sponte*.  This Court entered an Order (Dkt. #40) on October 27, 2005, in which the Plaintiffs were granted leave to file a Third Amended Complaint within twenty (20) days, failing which this case would be dismissed without notice to the parties. An amended complaint has not been filed.  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 22, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-93.dismissal.wpd