# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JEAN BATRONIE and**
**ARLEEN BATRONIE,**

    **Plaintiffs,**

v.                                          Case No.  8:05-cv-93-T-30TGW

**SPEAK UP TAMPA BAY PUBLIC ACCESS**
**TELEVISION, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

      THIS CAUSE comes before the Court upon Plaintiffs' Motion To Request Additional Time To Obtain Adequate Legal Counsel (Dkt. 42).  As this Court has entered an order dismissing this case without prejudice (Dkt. 41), the Court will treat Plaintiffs' Motion as a Motion to Reconsider this Court's Order of Dismissal.  Upon review and consideration, this Court finds that Plaintiffs' Motion is **DENIED**.

      It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion To Request Additional Time To Obtain Adequate Legal Counsel (Dkt. 42) is **DENIED**.

      **DONE** and **ORDERED** in Tampa, Florida on December 1, 2005.

                                                            JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-93 Denial of Motion to Request Attorney.frm